# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN D. MORROW,<br><br>　　　　Defendant. | Case No. 3:19-cr-00041-MMD-WGC-1<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**MOTION REPLY DEADLINE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Andolyn Johnson, Assistant United States Attorney, counsel for the United States of America, and Michael L. Becker, counsel for Defendant Benjamin D. Morrow, that the defendant shall have to and including December 30, 2020, to file his reply to the Government's Response to the Defendant's Motion to Suppress.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　At the request of defense counsel, the Government has graciously agreed to join this stipulation.

　　　　This is the first stipulation by counsel to continue the reply due date.

　　　　DATED this 21st day of December, 2020.

1  NICHOLAS A. TRUTANICH
   United States Attorney
2

3  By//*Andolyn R. Johnson*                    By/*s/ Michael L. Becker*
4  ANDOLYN R. JOHNSON                          MICHAEL L. BECKER
   Assistant United States Attorney            Counsel for Benjamin D. Morrow
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## **ORDER**

IT IS THEREFORE ORDERED that defendant shall have to and including December 30, 2020, to file his reply to the Government's Response to the Defendant's Motion to Suppress.

DATED this  23rd  day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE