# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN D. MORROW,<br><br>    Defendant. | 3:19-CR-041-MMD-WGC<br><br>**Preliminary Order of Forfeiture** |

This Court finds Benjamin D. Morrow pled guilty to Counts One and Two of an Eight-Count Criminal Indictment charging him with distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 110; Plea Agreement, ECF No. 103.

This Court finds Benjamin D. Morrow agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 19; Change of Plea, ECF No. 110; Plea Agreement, ECF No. 103.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and the offenses to which Benjamin D. Morrow pled guilty.

The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2), or (2) any property, real or personal, used or intended to be used

to commit or to promote the commission of 18 U.S.C. § 18 U.S.C. § 2252A(a)(2), or any property traceable to such property and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3):

1. Apple iPhone 6S with black Spigen case and sim cards;
2. Apple A1398 laptop (gray) with charger, serial number C02K1038DKQ4;
3. LG LG-V410 tablet (black) with case;
4. Hitachi HDS72207 hard drive, serial number JK121YAG7A8XS;
5. Seagate ATA ST3400620AS hard drive, serial number 5QG0814F;
6. Hitachi HDS7202 hard drive, serial number JK11360YAGYXSMT;
7. LG LG441G flip phone (black), serial number 503CYDG223506;
8. HTC Sprint phone (black), serial number HT06SHL00698;
9. Samsung HD501LJ hard drive, serial number S0VVJGP500093;
10. Apple iPhone A1429 (black) with case;
11. Apple A1199 80GB iPod (silver/black), serial number YM72949UVQT;
12. Rally2 2GB flash drive (black/silver);
13. IBM Thinkpad X22 (black), serial number FX-R9026 01/09;
14. Apple MacBook A1181 (white), serial number 4H649KP2WGL;
15. Ridata 16GB flash drive (black);
16. Two Sim Cards (white);
17. Samsung SM-B780AUD flip phone, serial number R31G801MCGH;
18. Dell Latitude E4200 laptop, serial number 8LQTQJ1;
19. Apple A1490 iPad with case (black), serial number F4KM63X3FLMQ;
20. HP a6700y computer tower, serial number MXX850026B;
21. HP 8GB flash drive;
22. Apple 80GB iPod with charger (black);
23. Apple A1199 iPod w/charger (gray), serial number 6U641619VQ5;
24. GoPro Hero4 (gray);
25. Lexar 4GB SD card (black); and

2

26. TMCC flash drive (black)

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Benjamin D. Morrow in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2). In the alternative, if the value of the property is less than $1,000, the government may instead serve every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __May 5_____, 2021.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE