1

2

3

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5   | United States of America,

6   |              Plaintiff,

7   |     v.

8   | Benjamin D. Morrow,

9   |              Defendant.

3:19-CR-00041-MMD-WGC

**ORDER DISMISSING WRIT OF HABEAS**
**CORPUS AD TESTIFICANDUM FOR**
**SEAN WINDINGLAND**

10        The Government's motion to dismiss the Writ of Habeas Corpus Ad Testificandum

11   commanding the production of SEAN WINDINGLAND (MNDOC #259787) [ECF No. 56] is

12   HEREBY GRANTED.  SEAN WINDINGLAND may be returned to the custody of the Warden,

13   Minnesota Correctional Facility – Stillwater, in Bayport, Minnesota.

14   DATED:  May 14, 2021

15

16

17

_____

MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

3