JASON T. CAMPBELL (CSBN 255445)
Law Office of Jason T. Campbell
P.O. Box 2093
Berkeley, CA 94702
Telephone Number: (415) 846-2646
law.jcampbell@gmail.com

Attorney for **Benjamin D. Morrow**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:19-cr-00041-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING PETITIONER MORROW'S UNOPPOSED MOTION AND DECLARATION IN SUPPORT THEREOF FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| BENJAMIN D. MORROW | |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OBJECTIONS**

Pursuant to Rule 6 of the *Federal Rules of Civil Procedure*, counsel for Petitioner hereby requests a 60-day extension of time to file Petitioner's Traverse up to and including Monday, June 2, 2025.

PETITIONER MORROW'S UNOPPOSED MOTION AND DECLARATION IN SUPPORT THEREOF FOR EXTENSION OF TIME TO FILE TRAVERSE
*United States v. Morrow;*
3:19-cr-00041-MMD-WGC

DECLARATION IN SUPPORT OF MOTION

I, Jason T. Campbell, am the attorney of record for Petitioner Benjamin Morrow in this case. I hereby declare as follows in support of this request for extension of time to file Petitioner's Traverse:

1.    <u>Current due date</u>:                                    April 2, 2025

On November 12, 2024, I filed a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 on behalf of Petitioner. (Dkt. 144.) I simultaneously moved to be admitted to this jurisdiction *pro hac vice* in order to continue representing Petitioner in these proceedings, and the Court granted my motion on November 26, 2024. (Dkt. 143, 152.)

On December 31, 2024, the Court issued an order to show cause, setting March 3, 2025, as the due date for the Government's response, with Petitioner's Reply/Traverse due 30 days later. (Dkt. 156.) The Government filed its response on March 3, 2025, making April 2, the current due date for Petitioner's Reply/ Traverse.

2.    <u>Length of Requested Extension</u>:              60 days

3.    <u>New due date if extension granted</u>:          June 2, 2025

4.    <u>Number of previous extensions by Petitioner</u>:    0

5.    <u>Reason for extension request</u>:

Due to other urgent matters, I have been unable to give this case the attention it requires. On March 23, 2025, I filed a 35-page brief in a habeas case challenging a first-degree murder conviction in the Contra Costa Superior Court. (*People v. Jacobson*, Case No. 05-00180125-7.) I have also spent a substantial amount of time preparing for a multiple-day civil contempt hearing

in San Mateo Superior Court, including the preparation of two briefs on complex constitutional issues. (*Baptiste v. Goguen*, Case No. CIV-53769.)

Given my current schedule, which includes a 10-day vacation in April with my daughter to visit family, I don't believe I can realistically complete the brief until on or about June 2, 2025.

6.    <u>Opposing party's position</u>:                                 No objection

On March 27, 2025, I emailed opposing counsel, Nadia Ahmed, and informed her of my intention to request an extension of time to file a Traverse. Ms. Ahmed stated she had no objection to my request.

Respectfully Submitted,

Dated:    March 28, 2025                    <u>/s/ Jason T. Campbell</u>
                                                        Jason T. Campbell
                                                        Attorney for Benjamin Morrow

IT IS SO ORDERED

DATED this 31st day of March 2025.

_____
Miranda M. Du, U.S. District Judge

PETITIONER MORROW'S UNOPPOSED MOTION AND DECLARATION IN SUPPORT THEREOF FOR EXTENSION OF TIME TO FILE TRAVERSE
*United States v. Morrow;*
3:19-cr-00041-MMD-WGC

3

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for

3

4

the United States District Court, Northern District of California by using the appellate CM/ECF

5

system on March 28, 2025. I certify that all participants in the case are registered CM/ECF

6

users and that service will be accomplished by the appellate CM/ECF system. Executed on

7

March 28, 2025, in El Cerrito, California.

8

9

/s/ Jason T. Campbell

10

Jason T. Campbell
Attorney for Benjamin Morrow

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITIONER MORROW'S UNOPPOSED MOTION AND DECLARATION IN SUPPORT THEREOF FOR
EXTENSION OF TIME TO FILE TRAVERSE
*United States v. Morrow;*
3:19-cr-00041-MMD-WGC

4